CV 02 05615 #00000002

FILED LODGED RECEIVED
26 2002
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SHAWN MICHAEL MOUL,

Plaintiff,

vs

DEPARTMENT OF CORRECTIONS, et al

Defendant

C02-5615FDB

ORDER OF REFERENCE
CIVIL RIGHTS COMPLAINT
*IN FORMA PAUPERIS*

THIS MATTER comes before the above-entitled court on Plaintiff's Civil Rights Complaint, 42 U S C Section 1983 and motion for leave to proceed ***In Forma Pauperis.*** It is hereby

**ORDERED** that this matter is **REFERRED** to the United States Magistrate Judge J KELLEY ARNOLD pursuant to Title 28 U S C §§636(B)(1)(A) and 636(b)(1)(b), and Local Magistrates' Rules MJR1, MJR3 and MJR4. All further proceedings in this matter shall be in accordance with Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Western District of Washington, specifically including, but not limited to the following

(1) All original documents submitted for consideration shall be filed with the Clerk of this Court and served upon all parties or, if appearance has been entered by counsel, upon counsel, and all documents filed with the Clerk shall include proof of service pursuant to Federal Rules of Civil Procedure 5 and Local Rules CR5(a) through (f),

(2) Any requests for court action shall be set forth in a motion properly noted and accompanied by supporting memoranda pursuant to Local Rules CR6 and CR7

The Magistrate Judge shall make the following determinations:

1 In Forma Pauperis

The Magistrate Judge shall first determine the applicant's eligibility to proceed in forma pauperis, and shall either grant IFP status or advise the Court through a Report and Recommendation that the application should not be granted

2 Service

Upon grant of IFP status, the Magistrate Judge shall then address the merits to determine whether a cause of action is stated sufficient to allow service to be ordered and either direct that service be made or advise the Court through Report and Recommendation that service not be ordered

3 Report and recommendation on the Merits

After service has been made and the matter is at issue, the Magistrate Judge shall direct a Report ad Recommendation to the undersigned Judge addressing whether the cause ought to be dismissed or the requested relief granted

The Clerk of the Court shall direct copies of this Order to the plaintiff, all parties and to the above-named United States Magistrate judge

DATED 26 day of Nov, 2002.

FRANKLIN D BURGESS
United States District Judge