ENTERED
ON DOCKET
20 2003

# United States District Court

WESTERN DISTRICT OF WASHINGTON

MAR 20 2003
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

SHAWN MICHAEL MOUL

v

DEPARTMENT OF CORRECTIONS, et al.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER C02-5615FDB

____ **Jury Verdict** This action came before the Court for a trial by jury The issues have been tried and the jury has rendered its verdict

____ **Decision by Court** This action came to trial or hearing before the Court The issues have been tried or heard and a decision has been rendered

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation Plaintiff's motion to withdraw the complaint will be construed as a notice of voluntary dismissal This action is dismissed without prejudice

March 20, 2003

BRUCE RIFKIN
Clerk

By Eileen Wood, Deputy Clerk

CV 02-5615 #020

20

ec

United States District Court
for the
Western District of Washington
March 20, 2003

* * MAILING CERTIFICATE OF CLERK * *

Re. 3:02-cv-05615

True and correct copies of the attached were mailed by the clerk to the following:

Ronald Anthony Gomes, Esq
ATTORNEY GENERAL'S OFFICE
CRIMINAL JUSTICE DIVISION
PO BOX 40116
OLYMPIA, WA 98504-0116
FAX 1-360-664-8716

Shawn Michael Moul
WSP
WASHINGTON STATE PENITENTIARY
#815651 1-D-3
1313 N 13TH AVENUE
WALLA WALLA, WA 99362
USA

FDB

JKA